■ In the Matter of ANTHONY GRIFFIN, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [698 NYS2d 365] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: Petitioner was found guilty following a Tier III hearing of violating various inmate rules. The determination is supported by substantial evidence (see, People ex rel. Vega v Smith, 66 NY2d 130, 139), and any discrepancy between the misbehavior report and the testimony of the correction officer who authored the misbehavior report raised a credibility issue for the Hearing Officer to resolve (see, e.g., Matter of Hooper v Goord, 248 AD2d 987). Petitioner further contends that the Hearing Officer did not act in a fair and impartial manner. That contention was not raised on administrative appeal, and thus petitioner failed to exhaust his administrative remedies with respect to it (see, Matter of Nelson v Coughlin, 188 AD2d 1071, appeal dismissed 81 NY2d 834). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, P. J., Hayes, Hurlbutt, Scudder and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT TATROE, Appellant. [698 NYS2d 187] —Judgment unanimously affirmed (see, People v Hidalgo, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Criminal Mischief, 3rd Degree.) Present—Denman, P. J., Hayes, Hurlbutt, Scudder and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. ROBINSON, SR., Appellant. [698 NYS2d 212] —Judgment unanimously affirmed (see, People v Hidalgo, 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Fricano, J.—Attempted Burglary, 2nd Degree.) Present—Denman, P. J., Hayes, Hurlbutt, Scudder and Balio, JJ.